IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| **v.** | : CASE NO. 4:24-CR-03 (CDL) |
| | : |
| **DEVONTAE JAMMELL MORRIS** | : |
| | : |
| **Defendant** | : |
| | : |

**ORDER VACATING THE PRELIMINARY ORDER OF
FORFEITURE AS TO THE AMMUNITION**

Before the Court is the United States' Motion to Vacate the Preliminary Order of Forfeiture as to the Ammunition in the above-styled case. Upon consideration of said motion, the Court finds that:

1. On June 3, 2024, the Court entered a Preliminary Order of Forfeiture for the following property: one (1) Glock, Model: 19GEN5, 9mm pistol, Serial Number: BTDR952, with a TruGlo laser and attached magazine; and approximately nine (9) rounds of 9mm ammunition.

2. The United States Attorney's Office recently received additional information indicating that the ammunition was not taken into federal custody.

3. After discovering that the ammunition was not taken into federal custody, the United States filed a motion to vacate the Preliminary Order of Forfeiture as to the ammunition.

THEREFORE, IT IS ORDERED, that the Preliminary Order of Forfeiture as to the following property is vacated: approximately nine (9) rounds of 9mm ammunition. The firearm and magazine described as one (1) Glock, Model: 19GEN5, 9mm pistol, Serial Number: BTDR952, with a TruGlo laser and attached magazine remains subject to criminal forfeiture.

SO ORDERED, this 24th day of June, 2025.

S/Clay D. Land
CLAY D. LAND, JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

PREPARED BY:

WILLIAM R. KEYES
UNITED STATES ATTORNEY

*/s/ Michael P. Morrill*
MICHAEL PATRICK MORRILL
Assistant United States Attorney
Georgia Bar Number: 545410